
RECEIVED
JUN 1 1 2009
TONY R. MOORE CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE-OPELOUSAS DIVISION**

| | |
|---|---|
| **LEROY L SEMIEN** | **CIVIL ACTION NO. 6:08CV162 SEC P** |
| **VERSUS** | **JUDGE DOHERTY** |
| **WARDEN, RIVER CORRECTIONAL CENTER** | **MAGISTRATE JUDGE METHVIN** |

### CERTIFICATE OF APPEALABILITY

A final order having been filed in the above-captioned habeas case, the court, considering the record in this case and the requirements of 28 U.S.C. § 2253, hereby finds that:

✓ The certificate of appealability is DENIED because the applicant has failed to demonstrate a substantial showing of the denial of a constitutional right.

__ The certificate of appealability is GRANTED for the below reasons:

The applicant has made a substantial showing that the following issues constitute a denial of a constitutional right:

Signed at _____, Louisiana, this __11__ Day of __July__, 2009.

Rebecca F. Doherty
UNITED STATES DISTRICT JUDGE